# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144760

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC: 144760
                                      COA: 300475
                                      Wayne CC: 10-000172-FC

TERRANCE RICHARDSON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 12, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012 _____

t0716

_____
Clerk